**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2021-CA-1461

In the Matter of the Succession of Lucile Watts Patin

18th Judicial District Court
Case #: 44680
Pointe Coupee Parish

On Application for Rehearing filed on  11/18/2022 by Rita Patin

Rehearing _____**DENIED**_____

Jewel E. "Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date _____NOV 2 9 2022_____

Rodd Naquin, Clerk